GEORGE LEASK et al., as Executors of HUDSON HOAGLAND, Deceased, Respondents, *v.* CHARLES F. HOAGLAND et al., Defendants, and ELLEN B. HILL et al., Appellants.

(Submitted May 6, 1912; decided May 14, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 205 N. Y. 171.)

---

TIMOTHY O'HERLIHY, Respondent, *v.* ADRIAN H. JOLINE et al., as Receivers of the NEW YORK CITY RAILWAY COMPANY, Appellants.

(Submited May 6, 1912; decided May 14, 1912.)

Motion for re-argument denied, with ten dollars costs. (See. 205 N. Y. 548.)